UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID SUMMERS, derivatively on behalf of RTI SURGICAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAMILLE I. FARHAT, BRIAN K. HUTCHISON, JONATHON M. SINGER, ROBERT P. JORDHEIM, JOHANNES W. LOUW, PETER F. GEAREN, THOMAS A. MCEACHIN, CURTIS M. SELQUIST, MARK D. STOLPER, CHRISTOPHER R. SWEENEY, PAUL G. THOMAS, NICHOLAS J. VALERIANI, and SHIRLEY A. WEIS,<br><br>Defendants, and<br><br>RTI SURGICAL HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No: 1:20-cv-03347 |

**ALL PARTIES' JOINT MOTION TO CONSOLIDATE, TO EXCUSE RESPONSE TO INITIAL COMPLAINT AND TO APPOINT A LEADERSHIP STRUCTURE FOR PLAINTIFFS' COUNSEL**

Plaintiff and Defendants (collectively, the "Parties"), by their undersigned counsel, move this court for the entry of an Order: (i) consolidating this action with *Campbell v. Farhat et al*., No. 20-cv-3464 (the "Campbell Derivative Action"), a substantially similar derivative action[1]; (ii) excusing nominal Defendant RTI Surgical Holdings, Inc. ("RTI"), from having to respond to the initial complaint (the "Complaint"); and (iii) appointing a leadership structure for Plaintiffs'

---

[1] Last week, the Court granted defendants' unopposed motion to reassign both this action and the Campbell Derivative Action to this Court and the Executive Committee reassigned the actions. *See* ECF No. 3; Campbell ECF No. 2.

counsel in the consolidated action. In support, the Parties state as follows:

1. On June 5, 2020, Plaintiff David Summers, an alleged RTI shareholder, filed the Complaint in this District derivatively on behalf of RTI, asserting claims under the Securities Exchange Act of 1934 and state law against certain of RTI's current and former officers and directors for alleged wrongdoing committed from March 7, 2016 through the present. *See* ECF No. 1. Plaintiff served RTI on the same day, making RTI's answer or response to the Complaint due on July 1, 2020.[2] *See* Fed. R. Civ. P. Rule 12(a)(1)(A)(i).

2. A week later, another alleged RTI shareholder, Plaintiff Niall Campbell (together with Plaintiff Summers, "Plaintiffs"), filed the Campbell Derivative Action in this District, asserting similar claims against the same defendants. *See* Campbell ECF No. 1.

3. This action and the Campbell Derivative Action are based on substantially similar facts and allege misconduct against the same Defendants around the same time period of 2016 to 2020. The consolidation of the two derivative actions would eliminate unnecessary duplication and inefficiencies. As a result, the Parties agree the actions should be consolidated.

4. The Parties also agree that RTI's response to the Complaint should be excused until the derivative actions are consolidated and leadership is established. Moreover, it would be more efficient for the Parties and the Court to have all the Defendants on a uniform briefing schedule, which currently is not the case because RTI was served first in this action.

5. Once the actions are consolidated, a leadership structure for Plaintiffs will promote efficiency and ease of communications among the various parties. Accordingly, Plaintiffs request The Rosen Law Firm, P.A. and The Brown Law Firm, P.C., the firm resumes of each of which are attached hereto as Exhibits A and B, respectively, be appointed as co-Lead Counsel and Wolf

---

[2] No other Defendant in this case or the Campbell Derivative Action has been served with process.

Haldenstein Adler Freeman & Herz LLC be appointed as Liaison Counsel for Plaintiffs in the consolidated derivative action. Defendants do not oppose this request.

6. In the interests of judicial economy and preserving the resources of the Parties and the Court, the Parties propose that within thirty days after the Court rules on this motion, they will submit a proposed schedule, and Defendants need not respond to the complaints or any consolidated complaint filed in the derivative actions until the date set forth in the Court order on the Parties' proposed schedule.

7. All Defendants who have not been served hereby accept service of the complaints filed in each of the derivative actions, however the Parties agree that none of them will have to answer, move or otherwise respond to any complaint filed in either derivative action until the Court sets a briefing schedule.

WHEREFORE, the Parties respectfully request that the Court grant their joint motion and enter an Order: (i) consolidating this action with the related Campbell Derivative Action, (ii) excusing RTI from having to answer or respond to the Complaint; and (iii) appointing the designated leadership structure for Plaintiffs' counsel.

[The remainder of this page is intentionally left blank]

Dated: June 24, 2020               Respectfully Submitted:

By: /s/ Carl V. Malmstrom          By: /s/ Martin G. Durkin
**WOLF, HALDENSTEIN,**             **HOLLAND & KNIGHT LLP**
 **ADLER, FREEMAN & HERZ, LLC**    Martin G. Durkin
Carl V. Malmstrom                  martin.durkin@hklaw.com
111 W. Jackson St, Suite 1700      150 N. Riverside Plaza, Suite 2700
Chicago, IL 60604                  Chicago, IL 60606
T: 312-984-0000                    T: 312.263.3600
F:212-686-0114                     F: 312.578.6666
malmstrom@whafh.com

*[Proposed] Liaison Counsel for Plaintiffs*   Louise McAlpin*
*and Counsel for Plaintiffs Niall Campbell*   louise.mcalpin@hklaw.com
*and David Summers*                Stephen P. Warren*
                                   stephen.warren@hklaw.com
                                   Allison Kernisky*
**THE ROSEN LAW FIRM, P.A.**       allison.kernisky@hklaw.com
Phillip Kim*                       701 Brickell Avenue, Suite 3300
275 Madison Avenue, 40th Floor     Miami, Florida 33131
New York, New York 10016           T: 305.374.8500
T: (212) 686-1060                  F: 305.789.7799
F: (212) 202-3827
E: pkim@rosenlegal.com             * *Pro hac vice* application forthcoming

* *Pro hac vice* application forthcoming   *Counsel for Defendant RTI Surgical*
                                   *Holdings, Inc., Camille I. Farhat, and*
*[Proposed] Co-Lead Counsel for Plaintiffs*   *Jonathon M. Singer*
*and Counsel for Plaintiff David Summers*

**THE BROWN LAW FIRM, P.C.**       By: /s/ James K. Goldfarb
Timothy Brown*                     **MURPHY & McGONIGLE**
240 Townsend Square                James K. Goldfarb*
Oyster Bay, New York 11771         Stephen J. Crimmins
T: (516) 922-5427                  1185 Avenue of the Americas
F: (516) 344-6204                  21st Floor
E: tbrown@thebrownlawfirm.net      New York, NY 10036
                                   T: 212.880.3999
* *Pro hac vice* application forthcoming   E: jgoldfarb@mmlawus.com
                                   E: scrimmins@mmlawus.com
*[Proposed] Co-Lead Counsel for Plaintiffs*
*and Counsel for Plaintiffs Niall Campbell*   * *Pro hac vice* application forthcoming
*and David Summers*
                                   *Counsel for Defendant Brian K. Hutchison*

4

By: /s/ Yan Grinblat
**DLA PIPER LLP (US)**
Yan Grinblat
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
T: 312.368.2183
E: yan.grinblat@us.dlapiper.com

Deborah Meshulam*
500 8th Street NW
Washington DC 20004
T: 202.799.4511
E: deborah.meshulam@us.dlapiper.com

Keara M. Gordon*
1251 Avenue of the Americas
New York, NY 10020-1104
T: 212.335.4632
E: keara.gordon@us.dlapiper.com

* *Pro hac vice* application forthcoming

*Counsel for Defendant Robert R. Jordheim*

By: /s/ Russell Koonin
**HOMER BONNER JACOBS ORTIZ**
Russell Koonin*
Adam Schwartz*
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
T: 305.350.5100
E: rkoonin@homerbonner.com
E: aschwartz@homerbonner.com

**JAYARAM LAW, INC.**
Vivek Jayaram
Elizabeth Austermuehle
125 S. Clark Street, Suite 1175
Chicago, Illinois 60603
T: 312 212 8676
E: vivek@jayaramlaw.com
E: liz@jayaramlaw.com

* *Pro hac vice* application forthcoming

*Counsel for Defendant Johannes W. Louw*