# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

David Summers, et al.

                          Plaintiff,

v.                                                           Case No.: 1:20−cv−03347

                                                           Honorable Matthew F. Kennelly

RTI Surgical Holdings, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/10/2021 and continued to 9/29/2021 at 9:10 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. By 9/22/2021, the parties are to either file a status report or a motion for preliminary approval. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.